**\*E-FILED 06-17-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALDINE FORTE, | No. C10-01368 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| EASTSIDE UNION HIGH SCHOOL DISTRICT, | |
| Defendant. | |

This matter is set for an initial case management conference on June 22, 2010. However, the parties have failed to file a Joint case Management Statement as required by Civil Local Rule 16-9. Additionally, defendant has not yet consented or declined to proceed before a United States Magistrate Judge.

Accordingly, the initial case management conference is **continued to July 6, 2010, 1:30 p.m.** The parties shall file a Joint Case Management Statement no later than **June 29, 2010**. Failure to timely file that statement (or a separate statement if opposing counsel fails to participate in preparation of a statement) may result in sanctions and, possibly, an order to show cause why the case should not be dismissed (or default entered if it is the defendant who fails to file a statement) for failure to prosecute (or defend) the action.

**No later than June 29, 2010**, defendant shall file either a consent or declination to proceed before a United States Magistrate Judge. The forms are available from the Clerk of the

1  Court and on the court's website at www.cand.uscourtgs.gov.

2      SO ORDERED.

3  Dated:    June 17, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-01368-HRL Notice has been electronically mailed to:

2  Frank Edward Mayo      fmayolaw@aol.com

3  Mark E. Davis     mdavis@davisyounglaw.com, dmyers@davisyounglaw.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.