*E-FILED 01-03-2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALDINE FORTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EAST SIDE UNION HIGH SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. CV10-01368 HRL<br><br>**CASE MANAGEMENT ORDER**<br><br>[Re: Docket No. 19] |

　　　　The Court having considered the stipulation of the parties and good cause appearing; the Court hereby modifies its July 6, 2010 Case Management Conference Order as follows:

　　　　The fact discovery cutoff January 28, 2011

　　　　Designation of Experts with Reports March 15, 2011

　　　　Designation of Rebuttal Experts with Reports April 1, 2011

　　　　Expert Discovery Cutoff April 15, 2011

　　　　Last Day for Hearing on Dispositive Motions ~~April 30, 2011~~ **May 3, 2011, 10:00 a.m.**

　　　　Final pre trial conference ~~shall be heard~~ **set for June 14, 2011, 1:30 p.m.**

　　　　**Jury Trial (estimated 5 days) starts: June 20, 2011** ~~Trial shall be heard~~

CASE MANAGEMENT ORDER　　　　1

**SO ORDERED.**

1 | Dated: January 3, 2011

_____
Howard R. Lloyd
United States Magistrate Judge

CASE MANAGEMENT ORDER                    2