FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
5050 El Camino Real, Ste. 228
Los Altos, CA 94022
(650) 964-8901

*E-FILED 05-18-2011*

Attorney for Plaintiff
Geraldine Forte

MARK E. DAVIS
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
408/244-2166

Attorney for Defendant
East Side Union High School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE FORTE,<br><br>    Plaintiff,<br><br>vs.<br><br>EAST SIDE UNION HIGH SCHOOL DISTRICT,<br><br>    Defendant. | Case No. CV 10-01368 HRL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1) AND ORDER**<br><br>[Re:  Docket No. 24] |

IT IS HEREBY STIPULATED by the Parties to this action, through their designated Counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each Party to bear its own fees and costs.

Dated:  April 5, 2011          FRANK E. MAYO

                               _____
                               Attorney for Plaintiff

1

STIPULATION FOR DISMISSAL

1
2
3   Dated: ~~April~~ , 2011                DAVIS & YOUNG, APLC
          May 18
4
5                              By:    _____Mark Davis_____
                                      Mark E. Davis
6                                     Attorneys for Defendant
                                      EAST SIDE UNION HIGH SCHOOL DISTRICT
7
8           SO
       IT IS ~~OR~~ ORDERED
9
10  Dated:  May 18, 2011
11                                    UNITED STATES ~~DISTRICT JUDGE~~ MAGISTRATE JUDGE
                                      HON.  HOWARD R. LLOYD
12

2

STIPULATION FOR DISMISSAL